Florida Finance Company and William M. Angas, Appellants, vs. Austin S. Mann, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Duval county; Rhydon M. Call, Judge.

*W. B. Owen (I. A. Zacharias* on the brief), for Appellants.

*H. B. Young,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the the complainant, and the defendants appeal. The decree is affirmed.